# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STAR FABRICS, INC., <br><br> Plaintiff, <br><br> v. <br><br> THE TJX COMPANIES, INC., et al., <br><br> Defendants. | No. 2:19-cv-08987-JAK-SS <br><br> **ORDER RE STIPULATION TO DISMISS ACTION WITH PREJUDICE (DKT. 47)** |

Consistent with the November 16, 2020 Order (the "Order" (Dkt. 46)), the parties have filed a Stipulation to Dismiss Action with Prejudice (the "Stipulation" (Dkt. 47)) within 30 days of the Order. Pursuant to the Order, this Stipulation does not require the approval of the Court. Accordingly, the above-captioned civil action is dismissed with prejudice, with each party bearing its or her own attorney's fees and costs.

**IT IS SO ORDERED.**

Date: March 11, 2021

John A. Kronstadt
United States District Judge